UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-1803-JFW (SSx)**                                              Date:  April 20, 2016

Title:        Samuel Marez, et al. -v- State of California, et al.

---

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                                    None Present
   Courtroom Deputy                             Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                                      None

**PROCEEDINGS (IN CHAMBERS):**   ORDER DISMISSING FEDERAL CLAIMS AND REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT

       On April 19, 2016, the parties filed a Stipulation and Order Re Dismissal of Action ("Stipulation") [Docket No. 15], in which the parties have agreed and request that the Court: (1) dismiss the first and second causes of action arising under 42 U.S.C. § 1983 with prejudice, and (2) remand this action to Los Angeles County Superior Court.  The Court approves the parties' stipulation, and **DISMISSES** the first and second causes of action alleged in Plaintiffs' Complaint **with prejudice**.  Pursuant to the parties' stipulation and in light of the fact that the Court has dismissed the only claims over which this Court has original jurisdiction, and after considering judicial economy, convenience, fairness, and comity, the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims.  See 28 U.S.C.§ 1367(c); *Satey v. JPMorgan Chase & Co.*, 521 F.3d 1087, 1091 (9th Cir. 2008) (quoting *Carnegie-Mellon Univ. v. Cohill,* 484 U.S. 343, 351 (1988) ("[I]n the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine – judicial economy, convenience, fairness, and comity – will point toward declining to exercise jurisdiction over the remaining state law claims.'").  Accordingly, this action is hereby **REMANDED** to Los Angeles County Superior Court.

       IT IS SO ORDERED.